# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 12 AM 7:48
LORETTA G. WHYTE
CLERK

UNITED STATES OF AMERICA

V.

CARY PORTER

WARRANT FOR ARREST

CASE NUMBER: CR 05-133 L (4)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Cary Porter** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment    ( ) Information    ( ) Complaint    ( ) Order of Court    ( ) Probation Violation Petition    ( ) Supervised Release Violation Petition    ( ) Violation Notice

charging him or her with violations of the Federal Gun Control Act.

in violation of Title 18, 18 United States Code, Section(s) 922(g)(1), 924(a)(2)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

_____
Signature of Issuing Officer

**April 21, 2005   New Orleans, Louisiana**
Date and Location

(By) Deputy Clerk

Bail fixed at $_____    by _____
Name of Judicial Officer

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-20-06 | Monica Harrel I-IRS | M. Harrell |

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

**DEFENDANT'S NAME:** _____

**ALIAS:** _____

**LAST KNOWN RESIDENCE:** _____

**LAST KNOWN EMPLOYMENT:** _____

**PLACE OF BIRTH:** _____

**DATE OF BIRTH:** _____

**SOCIAL SECURITY NUMBER:** _____

**HEIGHT:** _____  **WEIGHT:** _____

**SEX:** _____  **RACE:** _____

**HAIR:** _____  **EYES:** _____

**SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:** _____
_____
_____

**FBI NUMBER:** _____

**COMPLETE DESCRIPTION OF AUTO:** _____
_____

**INVESTIGATIVE AGENCY AND ADDRESS:** _____
_____
_____